FILED

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 20-0313

| | |
|---|---|
| JAMES T. & ELIZABETH GRUBA and LEO G. & JEANNE R. BARSANTI,<br><br>                                Petitioners/Appellants,<br><br>vs.<br><br>MONTANA PUBLIC SERVICE COMMISSION,<br>                                Respondent/Appellee.<br><br>and<br><br>NORTHWESTERN ENERGY.<br>                                Respondent/Appellee. | **ORDER GRANTING APPELLANTS' UNOPPOSED MOTION TO FILE OPENING BRIEF UNTIL SEPTEMBER 21, 2020** |

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until September 21, 2020, to prepare, file, and serve the Appellant's brief.

DATED this August_____, 2020

[signature]
_____

Order Granting Appellants' Motion for Extension of Time,           Page 1 of 1